IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERESA SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 2:00cv376-WC |
| | ) | WO |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

This case is before the court on the Plaintiff's Attorney's Motion for an Award of Attorney Fees Under 42 U.S.C. § 406(b) (Doc. #31), filed on December 14, 2006 along with a brief in support of the motion (Doc. #32). The Defendants filed a response to the motion on April 11, 2007. On April 13, 2007, this court held a hearing on motion. The Defendants do not object to the amount requested. Accordingly, the court finds that the parties are in agreement to the disbursement of the attorney fees, and it is the

ORDER, JUDGMENT, and DECREE of this court that the plaintiff's motion for an award of attorney's fees under the Equal Access to Justice Act is GRANTED in the amount of $13,347.52, of which, $5,804.13 shall be paid by counsel to his client, TERESA SANDERS.

Done this 17th day of April, 2007.

/s/ Wallace Capel, Jr.
UNITED STATES MAGISTRATE JUDGE